In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-338 CR


____________________



WILL BRINSON FERGUSON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 1


Montgomery County, Texas


Trial Cause No. 06-219418 






MEMORANDUM OPINION



 Will Brinson Ferguson filed a request to withdraw his appeal. See Tex. R. App. P.
42.2. Ferguson asserts that he did not intend to invoke this Court's jurisdiction when he filed
the document that we treated as a notice of appeal. The request to dismiss the appeal is
signed by appellant personally while acting pro se. No opinion has issued in this appeal. 
The motion is granted, and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 

 ________________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered September 5, 2007

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.